JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EMERCHANTBROKER.COM LLC**, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**UNDERDOG TECHNOLOGIES, INC.**, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:21-cv-06099-VAP-SK<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH RETAINED JURISDICTION**<br><br>Hon. Virginia A. Phillips |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Parties' Stipulated Dismissal with Retained Jurisdiction, this action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

Notwithstanding the dismissal of this action, the Court shall retain ancillary jurisdiction to enforce the terms of the stipulated Settlement Agreement.

All currently scheduled hearing dates and deadlines in this action, if any, are hereby vacated.

IT IS SO ORDERED.

Dated: March 4, 2022

_____
Hon. Virginia A. Phillips